UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUMMOND CO., INC., | |
| Plaintiff, | No. 3:15-mc-80117 EDL |
| v. | NOTICE OF TIME |
| TERRENCE P. COLLINGSWORTH, et al., | AND PLACE OF HEARING |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Defendants-Movants Terrence P. Collingsworth and Conrad & Scherer LLP's Motion for Protective Order and to Quash Subpoena Issued to Impact Fund is set for May 19, 2015, at 9:00 a.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The briefing schedule as set by Local Rule 7-3 shall remain unchanged.

LAW AND MOTION HEARING PROCEDURES

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered by the Court.

If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated:  April 16, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge